# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER, | NO. CV 17-2573-CBM(E) |
|         Petitioner, | |
|   v. | ORDER ACCEPTING FINDINGS, |
| D. ASUNCION, | CONCLUSIONS AND RECOMMENDATIONS OF |
|         Respondent. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Revised Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Revised Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Revised Report and Recommendation.

IT IS ORDERED that Judgment be entered: (1) dismissing the Petition without prejudice to the extent the Petition challenges the 1992 state court criminal judgment; and (2) otherwise denying and

dismissing the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Revised Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 15, 2017.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE