**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY COLLIER, | NO. CV 17-2573-CBM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D. ASUNCION, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) the Petition is dismissed without prejudice to the extent the Petition challenges the 1992 state court criminal judgment; and (2) the Petition is otherwise denied and dismissed with prejudice.

DATED: September 15, 2017.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE